IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CV-167-FL

| | |
|---|---|
| WILLIAM VERRINDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANK BLAIR WILLIAMS, in his official )<br>capacity as Clerk of the Wake County )<br>Estates and Wills Division; STACY )<br>PRETTY, in her official capacity as deputy )<br>clerk of the Wake County Estates and Wills )<br>Division; TYLER SMITH, in his official )<br>capacity as deputy clerk of the Wake County )<br>Estates and Wills Division; and GREAT )<br>AMERICAN INSURANCE COMPANY, )<br>)<br>Defendants. ) | ORDER |

This matter is before the court on pro se plaintiff's motion for preliminary injunction, (DE 5), and for a default judgment, (DE 15), as well as defendants' motions to dismiss, (DE 19, 21). Upon review of defendants' motions to dismiss and plaintiff's responses, the court determines that dismissal is warranted for lack of subject matter jurisdiction for the same reasons given in this court's dismissal of plaintiff's earlier action asserting the same claims. See Verrinder v. Verrinder, 5:21-cv-522 (Order (DE 20) (E.D.N.C. Feb. 23, 2022)). In addition, and in the alternative, dismissal is warranted for failure to state a claim, where plaintiff's claims lack a basis in applicable law. Accordingly, defendants' motions are GRANTED, and plaintiff's motions are DENIED. This action is DISMISSED pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject

matter jurisdiction and, alternatively, pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. The clerk is DIRECTED to close this case.

SO ORDERED, this the 8th day of August, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge