UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM VERRINDER ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 5:22-cv-167-FL |
| FRANK BLAIR WILLIAMS, in his official ) | |
| capacity as Clerk of the Wake County ) | |
| Estates and Wills Division, STACY ) | |
| PRETTY, in her official capacity as deputy ) | |
| clerk of the Wake County Estates and Wills ) | |
| Division, TYLER SMITH, in his official ) | |
| capacity as deputy clerk of the Wake ) | |
| County Estates and Wills Division, and ) | |
| GREAT AMERICAN INSURANCE ) | |
| COMPANY ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 9, 2022, and for the reasons set forth more specifically therein, defendants' motions to dismiss are GRANTED. Plaintiff's claims are DISMISSED.

**This Judgment Filed and Entered on August 9, 2022, and Copies To:**
William Verrinder (via US mail) P O Box 58174, Raleigh, NC 27658
Elizabeth Curran O'Brien (via CM/ECF Notice of Electronic Filing)
David O. Lewis / Francis Joseph Nealon (via CM/ECF Notice of Electronic Filing)

August 9, 2022          PETER A. MOORE, JR., CLERK

                          /s/ Sandra K. Collins
                        (By) Sandra K. Collins, Deputy Clerk